# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-776
_____

JAMES L. KEENE,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

June 18, 2019

PER CURIAM.

Because the proceeding below was a civil matter, the petition for belated appeal is denied. *See Powell v. Fla. Dep't of Corrections*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


James L. Keene, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.